**Order filed November 20, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00533-CV**
_____

**JASON D. KRAUS, Appellant**

**V.**

**TZACHAR HARARI, Appellee**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2011-70930**

## O R D E R

The parties notified this court on August 9, 2012 that the case had settled. As of today's date the parties have not filed a dispositive motion.

Unless appellant submits a brief, or the parties submit a dispositive motion to the clerk of this court on or before **December 20, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM